UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-6-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **CRIMINAL INFORMATION** |
| v. | ) Fed. R. Crim. P. 7 |
| | ) |
| RUSSELL CAMERON HILL | ) |

FILED
FEB 0 2 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

The United States Attorney charges that:

### SOLE COUNT
### Embezzlement of Labor Union Assets
### 29 U.S.C. § 501(c)

Between in or around September 2008 and in or around January 2014, in the Eastern District of North Carolina the defendant, RUSSELL CAMERON HILL, while an officer, that is, Financial Secretary/Treasurer, of NALC Branch 780, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $14,682.30 in violation of Title 29, United States Code, Section 501(c).

THOMAS G. WALKER
United States Attorney

BY:

_David A. Bragdon_
DAVID A. BRAGDON
Assistant United States Attorney
Criminal Division